THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
SALVATORE OSSIDO, Appellant.

Argued October 8, 1937; decided November 16, 1937.

*James F. Ryan* and *Victor L. Anfuso* for appellant.
*William F. X. Geoghan,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.